JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-6888
  Fax: (415) 436-6748
**JENNIFER D. AUCHTERLONIE** (Wash. Bar No. 29481)
Trial Attorney, Tax Division
United States Department of Justice
  P.O. Box 683, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 514-9593
  Fax: (202) 307-0054
  E-mail: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CANDYCE MARTIN 1999 IRREVOCABLE TRUST, A PARTNER OTHER THAN THE TAX MATTERS PARTNER,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Respondent. | CV 08-5150 (PJH)<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED AND AGREED by the petitioner and respondent, pursuant to Local Rule 6-1(a), that (1) the respondent shall have an extension of time, from January 13, 2009 to March 16, 2009, in which to answer or otherwise respond to the petition, and (2) the case management conference, currently scheduled for March 26, 2009, should be continued to May 28, 2009, or such later date as the Court's schedule may allow.

STIPULATION FOR EXTENSION OF TIME
No. CV-08-5150 (PJH)                            -1-

The parties respectfully represent they have good cause for making this request:

1. This case is a complex federal tax proceeding. It arises from the Internal Revenue Service's proposed adjustments to the 2001 partnership tax return of First Ship, LLC, of which the petitioner is a member. As set forth in the Notice of Final Partnership Administrative Adjustment, attached to the petition, the IRS determined to disallow certain deductions "because they relate to transactions that lack economic substance, were prearranged and predetermined, and were without legitimate business purpose." Petition, ¶ 14(a). In addition, the IRS determined to impose certain penalties because the proposed adjustments "are attributable to a tax shelter for which no substantial authority has been established and for which there was no showing of reasonable belief by the partnership or its partners that the position taken was more likely than not the correct treatment of the alleged tax shelter and related transactions." Petition, ¶ 14(b). The petitioner contends that the positions taken on the partnership tax return were correct.

2. Counsel for the United States has requested the views of the IRS in the defense of this matter, and has also requested that the IRS provide her with the relevant administrative files in regards to this matter. Because of the complex nature of the case, the Service's views in this matter are subject to multiple levels of review and require additional time to complete. As of this date, counsel for the United States has not received the Service's views or the relevant administrative files.

3. This motion is not made for purposes of delay, but only to allow the United States sufficient time to obtain the information necessary for it to fully and accurately respond to the petition.

///
///
///
///

STIPULATION FOR EXTENSION OF TIME
No. CV-08-5150 (PJH)                            -2-

1    4.    No prior extensions of time have been requested in this matter.

DATED this 12th day of January, 2009.

JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6888
Fax: (415) 436-6748

*/s/ Jennifer D. Auchterlonie*
**JENNIFER D. AUCHTERLONIE**
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Fax: (202) 307-0054
E-mail: Jennifer.D.Auchterlonie@usdoj.gov

DATED this 12th day of January, 2009.

CANDYCE MARTIN 1999 IRREVOCABLE TRUST, A PARTNER OTHER THAN THE TAX MATTERS PARTNER

*/s/ Jay R. Weill*
JAY R. WEILL
STEVEN M. KATZ
WENDY ABKIN
Sideman & Bancroft LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Fax: (415) 392-0827

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1/16/09

STIPULATION FOR EXTENSION OF TIME
No. CV-08-5150 (PJH)    -3-