1  JAY R. WEILL (State Bar No. 75434)
   E-Mail:      jweill@sideman.com
2  STEVEN M. KATZ (State Bar No. 164617)
   E-Mail:      skatz@sideman.com
3  WENDY ABKIN (State Bar No. 121286)
   E-Mail:      wabkin@sideman.com
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
5  San Francisco, California 94111-3629
   Telephone:   (415) 392-1960
6  Facsimile:   (415) 392-0827

7  Attorneys for Petitioners
   CANDYCE MARTIN 1999 IRREVOCABLE TRUST,
8  A PARTNER OTHER THAN THE TAX MATTERS PARTNER **and**
   CONSTANCE GOODYEAR 1997 IRREVOCABLE TRUST and
9  CANDYCE MARTIN 1999 IRREVOCABLE TRUST,
   PARTNERS OTHER THAN THE TAX MATTERS PARTNER
10
   JOSEPH P. RUSSONIELLO
11 United States Attorney
   THOMAS MOORE
12 Assistant United States Attorney
   Chief, Tax Division
13 DAVID L. DENIER
   Assistant United States Attorney
14 10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
15 San Francisco, CA 94102
   Telephone:   (415) 436-6888
16 Facsimile:   (415) 436-6748

17 JOSEPH A. SERGI (D.C. Bar No. 480837)
   Senior Litigation Counsel
18 JENNIFER D. AUCHTERLONIE (Wash. Bar No. 29481)
   AMY MATCHISON (CA State Bar No. 217022)
19 Trial Attorneys, Tax Division
   United States Department of Justice
20 P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044
21 Telephone:   (202) 305-0868
                (202) 307-6531
22 Facsimile:   (202) 307-0054
   Email:       Joseph.a.Sergi@usdoj.gov
23              Amy.T.Matchison@usdoj.gov

24 Attorneys for Respondent
   THE UNITED STATES OF AMERICA

28  [CAPTION CONTINUED ON NEXT PAGE]

11212\795581v1

Case Nos. CV 08 5150 (PJH) and CV 08 5151 (PJH)

STIPULATION RE CONSOLIDATION

4271290.1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CANDYCE MARTIN 1999 IRREVOCABLE TRUST, A PARTNER OTHER THAN THE TAX MATTERS PARTNER<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. CV 08 5150 (PJH)<br><br>**STIPULATION RE: CONSOLIDATION** |
| CONSTANCE GOODYEAR 1997 IRREVOCABLE TRUST and CANDYCE MARTIN 1999 IRREVOCABLE TRUST, PARTNERS OTHER THAN THE TAX MATTERS PARTNER,<br><br>Petitioners,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. CV 08 5151 (PJH) |

    The above-captioned cases are Petitions for Readjustment of Partnership Items filed by the Petitioners pursuant to 26 U.S.C.§ 6626 as a result of an examination conducted by the Internal Revenue Service (" IRS" ) of the partnership tax returns of First Ship 2000-A, LLC, for the period ending December 31, 2000, and of First Ship, LLC, for the period ending December 31, 2001. First Ship, LLC was a partner in First Ship 2000-A in 2000.  The Petitioners are partners and entities whose income tax liabilities are determined in whole or in part by taking into account directly or indirectly items on the tax returns of the partnerships audited by the IRS.  The examination resulted in the IRS issuing to each partnership Notices of Final Partnership

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

Administrative Adjustment ("FPAA") dated June 19, 2008. The Petition filed in CV-08-5150 PJH is for the 2000 tax year. The Petition filed in CV-08-5151 PJH is for the 2001 tax year. The proposed adjustments in the FPAAs arise from the same IRS examination and the factual and legal issues and prospective witnesses in both cases are identical. The cases were related on November 19, 2008.

The parties, by and through their respective attorneys, agree that the above cases shall be consolidated for all purposes.

DATED: May 20, 2009    Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: /s/ Jay R. Weill
Jay R. Weill
Attorneys for Petitioners
CANDYCE MARTIN 1999 IRREVOCABLE TRUST, A PARTNER OTHER THAN THE TAX MATTERS PARTNER **and** CONSTANCE GOODYEAR 1997 IRREVOCABLE TRUST and CANDYCE MARTIN 1999 IRREVOCABLE TRUST, PARTNERS OTHER THAN THE TAX MATTERS PARTNER

DATED: May 20, 2009    Respectfully submitted,

By: /s/ Joseph A. Sergi
Joseph A. Sergi
Attorneys for Respondent
THE UNITED STATES OF AMERICA

**ORDER**

SO ORDERED:

May 22, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Honorable Phyllis J. Hamilton
United States District Judge