UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDYCE MARTIN 1999
IRREVOCABLE TRUST,

      Petitioner,

    v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

No. C 08-5150 PJH

**ORDER DENYING MOTION FOR CERTIFICATION OF APPEAL FOR INTERLOCUTORY ORDER AND VACATING HEARING DATE**

Petitioner's motion for an order pursuant to 28 U.S.C. § 1292(b), certifying for appeal its interlocutory order entered December 11, 2009, is DENIED, for the reasons stated by respondent. The February 17, 2010 hearing date is accordingly VACATED.

**IT IS SO ORDERED.**

Dated: February 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge