UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDYCE MARTIN 1999 IRREVOCABLE TRUST,

      Plaintiff,

      v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

No. C 08-5150 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

The date for filing dispositive motions having passed and no motion having been filed, pursuant to Local Rule 72-1, and the court having recently granted the parties' request to continue certain discovery dates, the court instructs the parties to continue with efforts to conduct a settlement conference before the Magistrate Judge, with such settlement conference to be held no later than May 31, 2011.

**IT IS SO ORDERED**.

Dated: January 20, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Sue, Assigned M/J