United States District Court
For the Northern District of California

1

2

3                            UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7
CANDYCE MARTIN 1999
8 IRREVOCABLE TRUST,

9          Petitioner,                        No. C 08-5150 PJH

10         v.                                  **ORDER**

11 THE UNITED STATES OF AMERICA,

12         Respondent.
   _____/
13

14         The court is in receipt of petitioner's motion for relief from nondispositive pretrial

15 order of a magistrate judge.  The necessary brevity of petitioner's motion, and the

16 underlying magistrate judge's ruling in the form of a minute order, require the court to allow

17 for the filing of an opposition from respondent to the instant motion, before resolving

18 petitioner's request.

19         Accordingly, respondent is instructed to file a response to petitioner's motion,

20 spanning no more than 5 pages, no later than May 2, 2011.  Once respondent's opposition

21 is filed, the court will thereafter take plaintiff's motion under submission.

22

23 **IT IS SO ORDERED.**

24 Dated: April 25, 2011

25                                            _____
                                             PHYLLIS J. HAMILTON
26                                           United States District Judge

27

28